

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF LYNNE SHIRLEY PAXTON, AN INCAPACITATED PERSON, | § | No. 08-14-00311-CV |
|  | § | Appeal from the |
|  | § | Probate Court No. 2 |
| Appellant. | § | of El Paso County, Texas |
|  | § | (TC# 2010-G00204-A) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellants' Motion to Extend Time to Complete Mediation and ORDERS that the mediation process be extended until April 2, 2015. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of January 5, 2015.

IT IS SO ORDERED this 6th day of March, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.